UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUEBECOR WORLD INC.,

        **Plaintiff,**

- vs -

ADAM KRIFTCHER,

        **Defendant.**

Civil Action No. 07-CV-3872(LAK)

ECF CASE

---

### CORPORATE DISCLOSURE STATEMENT FOR QUEBECOR WORLD INC.

Pursuant to 7.1(a) of the Federal Rules of Civil Procedure, plaintiff Quebecor World Inc. ("QWI") hereby discloses as follows: (1) QWI's parent corporation is Quebecor Inc., a publicly-held corporation incorporated under Part I of the Companies Act of the Province of Québec, Canada and thereafter continued under Part IA of the Companies Act of the Province of Québec, Canada, and (2) (A) Quebecor Inc. is a publicly-held company that owns more than 10% of QWI's Multiple Voting Shares (both directly and through Quebecor Inc.'s wholly-owned subsidiary, 4032667 Canada Inc.) and (B) the following corporations are, on information and belief, publicly-held and own 10% or more of QWI's Subordinate Voting Shares: AIM Funds Management Inc., Franklin Resources Inc., and Brandes Investment Partners, L.P.

Dated:    Buffalo, New York
           May 16, 2007

                                          JAECKLE FLEISCHMANN & MUGEL, LLP

                                          By: _/s/ Joseph W. Allen_____
                                                Joseph W. Allen, Esq. (JA-4311)
                                          *Attorneys for Plaintiff Quebecor World Inc.*
                                          12 Fountain Plaza
                                          Buffalo, New York 14202-2292
                                          (716) 856-0600

833399