# EXHIBIT A



Quebecor World

# PRINTING AGREEMENT

This Agreement made on this 22nd day of March 2004

BETWEEN:   JORMIC MEDIA (ZINC)
a corporation having principal offices at
304 Park Avenue S. Penthouse
New York, NY 10010

(hereunder referred to as the 'Client')

AND:   QUEBECOR WORLD EAST GROUP,
part of Quebecor World Inc. and having
a business address at 800 Industrial
Boulevard, Suite 100,
St-Jean-sur-Richelieu, Quebec
Canada J3B 8G4

(hereinafter referred to as the 'Printer').

(collectively referred to as the 'parties')

WHEREAS the Client seeks to hire the services of the Printer, and the Printer agrees to provide printing services to the Client as requested, in connection with the production of all the Client Publications and commercial printing (hereinafter called the "Publications");

NOW THEREFORE in consideration of the mutual terms, conditions and covenants contained herein, the parties agree as follows:

1. **SCOPE**

   During the term of this agreement, the Client grants to the Printer the right to perform the printing work in connection with the Publications and commercial printing. Therefore, the Printer will undertake all activities necessary to manufacture the Publications and commercial printing, including presswork, binding, wrapping, labeling, mailing as well as provide all paper, ink, plates, binding materials and other materials as necessary (collectively called the "Printing Services"). *Client will supply the Printer with Digital Files and color proofs in connection with the Publications and commercial printing.*

2. **TERM**

   This Agreement shall be for a term of thirty (30) months commencing on March the 22nd, 2004 and shall remain in force until September 22nd, 2007.

3. **PRICE**

   Prices for printing the Publications are listed in Schedule A, attached hereto, and which form an integral part of this Agreement ("Printing Prices"). Such prices are based on the paper price, cost of materials and labour rates in effect on March 22nd, 2004.

   Printing Prices will not change for a period of 12 months except for the price of paper and ink, and the printer undertakes to inform the client 30 days prior to the effective date of any change in costs of paper or ink. Manufacturing costs will be increase by 2% on March 22nd, 2005 and an other 2% on March 22nd, 2006.

   Notwithstanding the Schedule A, the cost for pooling will not change for the first year. However, the rate at 9.50$/100 pounds may vary due to fuel surcharges increases.

   Notwithstanding Schedule A, the cost of the first printed issue will be free of charge. Not exceeding $~~75,000~~ [handwritten: 80,000]. However if Jormic Media (Zink) ever decides to cancel this contract they would have to reimburse the printer (Quebecor World) $~~2,500~~ [handwritten: #2,667] / month for the remaining months of the contract.

   Notwithstanding Schedule A, for every $155,000 monthly purchase, Quebecor World will give a 2% discount on those particular issues.

   | Initials : | | | | |
   |---|---|---|---|---|

   JORMIC MEDIA (ZINK)                                                    Page 2 of 2

4. **PAYMENT TERMS**

   Net cash thirty (30) days but the printer reserves the right to require different terms according to the requirements of the credit service.

5. **PRODUCTION SCHEDULE**

   The schedule for production, delivery and for materials supplied by the Client shall be determined by the parties on a mutually agreeable basis.

6. **SPECIFICATIONS**

   The Printer agrees to provide the Printing Services and perform any other work under this Agreement in accordance with the Client's specifications.

   The Client reserves the right to change the original specifications, regarding the printing services to be performed. The Client recognizes that such request for changes may represent additional work for the Printer and the Client agrees that Printer may establish a revised price based on the requested change. The client must approve the revised price before the Printer makes the requested changes.

7. **DELIVERY**

   The prices set out in the specifications, unless otherwise indicated, do not include delivery or storage costs. The Printer shall assume all risk of loss related to the Product while the Product is in the printer's possession. Any delay in delivery of the product or any claims for loss or damages to the product while in transit shall be the sole responsibility of the carrier. The Printer agrees to file all claims of loss or for damages for the client.

| Initials : | | | | |
|---|---|---|---|---|

8. **EDITORIAL MATERIAL**

   All material pages files and proofs will be returned to the client.

9. **WARRANTY and LIABILITY**

   The Printer warrants that the Printing Services shall be performed in a good and professional manner consistent with the materials and processes used. There are no other warranties including without limitation any warranty of merchantability or fitness for a particular purpose. Printer's liability shall be limited to Printer's stated selling price of any defective goods, and shall in no event include special or consequential damages, including profits (or profits lost).

10. **COLOUR PROOFING**

    Due to differences in equipment, processing, proofing substrates, paper, inks, pigments and other conditions between colour proofing and production pressroom operations, a reasonable variation colour between proofs and the completed job shall constitute acceptable delivery.

11. **INSURANCE**

    The Printer shall maintain, under its General Loss Insurance Policy, insurance against any loss, damage or destruction of the Client's property kept on the Printer's Premises for an amount not less than the replacement cost of the property with loss payable made to the Printer and the Client jointly. The parties agree that the Client's property of extraordinary value shall be insured through mutual agreement.

12. **CONTINGENCIES**

No party shall be held responsible for any delay or failure in performance hereunder caused by fires, strikes, embargoes, acts of God, breakdown in the ATM system or other causes beyond such party's control.

13. **COPYRIGHT AND TRADEMARK**

It is the Client's sole responsibility to ensure all materials supplied for reproduction do not infringe copyright or trademark restrictions. This includes, but is not limited to, any and all material whatsoever supplied by the Client, installation of software in violation of licensing agreements, excerpted texts, electronically-generated illustrations, photos and transparencies supplied for scanning and digitized photographs supplied on disk or other media. The Printer assumes no liability whatsoever for Client's use or misuse of copyrighted materials.

The Client shall indemnify and hold harmless the Printer from any and all loss, cost, expense and damages (including court costs and reasonable attorney fees) arising from any and all manner of claims, demands, actions and proceedings that may be instituted against the Printer on grounds alleging that the printing infringes any copyrights or any proprietary right of any person, or that it contains any matter that is libelous or obscene or scandalous, or invades any person's right to privacy or other personal rights, except to the extent that the Printer contributed to the matter. The Printer shall promptly notify the Client of any such claim or lawsuit brought against it. The Printer shall cooperate with and assist the Client with the defense of any lawsuit, claim, demand, action or proceeding.

Quebecor World shall notify client of any obvious infringement of Leisure Publishing LLC Copyright at it's plants 24 hours (one business day prior to printing before infringing material goes to press).

The parties can be given notice based on the following information:

| The Client: | The Printer: |
|---|---|
| JORMIC MEDIA (ZINC) | Quebecor World East Group |
| Address: 304 Park Avenue S. Penthouse New York, NY 10010 | Address: 800 Industrial Boulevard St-Jean-sur-Richelieu, Quebec J3B 8G4 |
| Tel: (646) 792-2333 | Tel: (514) 856-7848 |
| Fax: (646) 792-2335 | Fax: (450) 348-3838 |
| Attention: Sheriff J. Ishak Publisher / CEO | Attention: Jean-Pierre Rose Vice-President, Sales |

With a copy to: Bruno Dumouchel (same address as above)

and : Claude Pelletier (same address as above)

14. **WAIVER OF CONDITIONS**

No waiver by any party hereto of any condition, term or provision of this agreement shall be deemed to be a waiver of any preceding or succeeding breach of the same or of any other condition, term or provision.

15. **GOVERNING LAW**

The above terms and conditions and all other express terms of this agreement shall be governed and construed in accordance with the laws of the Province of Quebec unless otherwise specified in writing and each party hereby irrevocably and unconditionally agrees to subject any claims or lawsuits arising out of this Agreement to the jurisdiction of the Courts of the Province of Quebec.

16. **ENTIRE AGREEMENT**

The parties agree that this Agreement contains the entire agreement of the parties relative to the matters dealt with herein and supersedes all prior agreements, written or oral, among the parties. No amendment or waiver of any provision of this Agreement shall be effective unless it is in writing and signed by a duly authorized representative of both parties.

Initials:

IN WITNESS WHEREOF this Agreement has been executed by the parties hereto.

Jormic Media (Zink)

Name: Sherif U. Ishak
Title: Publisher / CEO

QUEBECOR WORLD EAST GROUP

Name: Jean-Pierre Rose
Title: Vice-President Sales
East Group

Name: Claude Pelletier
Title: Sales Director
East Group

Name: Bruno Dumouchel
Title: Sales representative
East Group

JORMIC MEDIA (ZINK)

Page 7 of 7