EXHIBIT B




**COMPTABILITÉ**

**FACTURE - *INVOICE***


Quebecor World
ST-JEAN
Une division Quebecor World Inc.
800, Boul. Industriel, bureau 100, Saint-Jean-sur-Richelieu, (Québec) J3B 8G4
Tél.: (450) 856-7848 - Fax: (450) 348-5700


VENDU À / *SOLD TO:*

JORMIC MEDIA GROUP INC.
ATTN: ACCOUNTS PAYABLES
304 PARK AVENUE S
NEW YORK, NY
10010

4033

| NO. FACTURE / INVOICE NO. | |
|---|---|
| 033716 | |
| NO DU CLIENT / CUSTOMER'S NO. | |
| 05326 | |
| COMMANDE NO. / YOUR ORDER NO. | |
| | |
| # DE TRAVAIL / JOB # | DATE D'EXPÉDITION / SHIPPING DATE |
| 070049 | 11/16/04 |

| DATE / DATE | T.P.S. / G.S.T. | LIC. PROV. / PROV. LIC. | TERMES / TERMS | VENDEUR / SALESMAN |
|---|---|---|---|---|
| 11/22/04 | R 122546500 | 1009539413 | NET 60 DAYS, | 012 |

| | | | |
|---|---|---|---|
| | ZINK MAGAZINE DECEMBER | | |
| 60,000. | COPIES 256 PAGES + COVER | | 98,803.62 |
| | SEE DETAILED INVOICE ATTACHED | | |
| | DELIVERIES:<br>QUEBEC :<br>ONTARIO : 4 800<br>OTHER (AB): 800<br>OTHER (BC): 400<br>OTHER (MB): 225<br>OTHER (NL):<br>USA :53 775 | | |
| | TOTAL | | 98,803.62 |
| | TPS (7%) | | 717.56 |
| | TPV (BC-MB) | | 75.34 |
| | TOTAL | US $ | 99,596.52 |

F-30-1 1.0 (04-12-03)

Cette facture est assujettie aux conditions de vente habituelles de Quebecor World ou aux termes et conditions contenus dans un contrat écrit exécuté par les deux parties. Tout solde demeurant impayé à échéance portera intérêt à un taux n'excédant pas 1.5 % par mois, ou tel qu'indiqué dans le contrat écrit entre les parties. La présente déclaration n'aura pas préséance sur des termes contractuels écrits de vente.

This invoice is subject to Quebecor World's standard conditions of sale or to the terms and conditions contained in a written agreement, agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 1.5 % per month, or as indicated in a written agreement between the parties. This statement does not supercede any written contractual terms of sale.

US FUNDS: PLEASE REMIT TO : Quebecor World Inc. P.O. Box 945583 Atlanta, GA 30394-5583.
CANADIAN FUNDS/FONDS CANADIENS: PLEASE REMIT TO/S.V.P. FAIRE VOTRE PAIEMENT A : Quebecor World Inc. C.P. 6233 Station A Montréal, Québec, H3C 4E9.

Quebecor World

QUEBECOR WORLD ST-JEAN

INVOICE DETAILS

| NOM LÉGAL DU CLIENT | JORMIC MEDIA | INVOICE | # 33716 |
|---|---|---|---|

| DESCRIPTION | QUANTITÉ | PRIX | MONTANT |
|---|---|---|---|
| JORMIC MEDIA | | | |
| ZINK MAGAZINE DECEMBER | | | |
| 60 000 copies 256 pages & 4 cover pages | 60 000 | | 86 229,00 $ |
| Cover 4 pages in process & UV coating 1 side on Aero Gloss 9pts | | | |
| Interior in process on Quebecor Gloss 45Lb | | | |
| Perfect binding & trimmed to 8 3/8" X 10 7/8" | | | |
| | | | |
| 60 000 inserts 2 pages with vertical perforation | 60 000 | | 3 700,00 $ |
| Bind-in of one insert in the magazine | 60 000 | 6,00$/M | 360,00 $ |
| Trimmed 4 faces to 4" X 6 1/4" | | | |
| | | | |
| Pre press | | | |
| Author's Alterations (C1,8,9,32,37,90,103,104,105,113,253 & spine) | 15 MIN | 60$/hres | 15,00 $ |
| Ripping | 13 | 7,00 | 91,00 $ |
| New blueline for approuval | 11 | 6,00 | 66,00 $ |
| PDF Screen | | 2,00 | - $ |
| | | | |
| Transport | | | |
| COPIES AT NY (SHERIFF COPIES) BY CCX | 500 COPIES | | 411,38 $ |
| FEDEX OVERNIGHT AT NY FOR GABRIELLE SARMIENTO | 25 COPIES | | 83,39 $ |
| FEDEX 2 DAYS FOR BLISS (L.A) | 9 BOXES | | 435,70 $ |
| FEDEX 2 DAYS FOR HOLLYWOOD ROOSEVELT HOTEL | 3 BOXES | | 147,58 $ |
| FEDEX 2 DAYS FOR AVALON HOTEL | 6 BOXES | | 295,20 $ |
| COPIES FOR JONCAS (MAILING) | 3 000 COPIES | | - $ |
| FEDEX OVERNIGHT FOR GENEVIEVE BURKE (AUSTRALIA) | 250 COVERS | | 69,75 $ |
| Packaging | | | |
| DISTRIBUTION WITH LOGISTICS FOR 45 185 COPIES (57 990LBS) | 57 990 | 8,50$/CTW | 4 929,15 $ |
| FUEL SURCHARGE | 10,50% | | 517,56 $ |
| BUNDLE OF 10 COPIES (PRICE FOR BUNDLE OF 25 COPIES) | 45 185 | .65$/bundle | 1 174,81 $ |
| BOXES OF 35 COPIES FOR 10 815 COPIES | 309 BOXES | .90$/BOX | 278,10 $ |

| Livraison | Province / État | # de Copies |
|---|---|---|
| Canada | ONTARIO | 4 800 |
| Canada | MANITOBA | 225 |
| Canada | COLOMBIE-BRITANIQUE | 400 |
| Canada | ALBERTA | 800 |
| Etats-Unis | | 53 775 |

TOTAL 98 803,62





Quebecor World
ST-JEAN

Une division Quebecor World inc.
800, Boul. Industriel, bureau 100, Saint-Jean-sur-Richelieu, (Québec) J3B 8G4
Tél.: (514) 856-7848 - Fax: (450) 348-5700

COMPTABILITÉ

FACTURE - *INVOICE*

VENDU À / *SOLD TO:*

JORMIC MEDIA GROUP INC.
ATTN: ACCOUNTS PAYABLES
304 PARK AVENUE S
NEW YORK, NY
10010

NO. FACTURE / *INVOICE NO.* 4033 034730

NO. DU CLIENT / *CUSTOMER'S NO.* 05326

COMMANDE NO. / *YOUR ORDER NO.*

| # DE TRAVAIL / *JOB #* | DATE D'EXPÉDITION / *SHIPPING DATE* |
|---|---|
| 070232 | 02/03/05 |

| DATE / *DATE* | T.P.S. / *G.S.T.* | LIC. PROV. / *PROV. LIC.* | TERMES / *TERMS* | VENDEUR / *SALESMAN* |
|---|---|---|---|---|
| 02/04/05 | R 122546500 | 1009539413 | NET 60 DAYS, | 012 |

| Qty | Description | Amount |
|---|---|---|
| | ZINK MAGAZINE MARCH | |
| 80,000 | COPIES 256 PAGES + COVER 4 PAGES | 138,275.95 |
| | SEE DETAILED INVOICE ATTACHED | |
| | DELIVERIES: | |
| | QUEBEC : 2 030 | |
| | ONTARIO : 6 550 | |
| | OTHER (AB): 550 | |
| | OTHER (BC): 400 | |
| | OTHER (MB): 225 | |
| | OTHER (NL): | |
| | USA :70 245 | |
| | TOTAL | 138,275.95 |
| | TPS (7%) | 1,180.27 |
| | TVQ (7.5%) | 281.58 |
| | TPV (BC-MB) | 75.62 |
| | TOTAL | US $ 139,813.42 |

F-30-1 1.1 (18-10-04)

Cette facture est assujettie aux conditions de vente habituelles de Quebecor World ou autres termes et conditions contenus dans un contrat écrit exécuté par les deux parties. Tout solde demeurant impayé à échéance portera intérêt à un taux n'excédant pas 1,5% par mois, ou tel qu'indiqué dans le contrat écrit entre les parties. La présente déclaration n'aura pas préséance sur des termes contractuels écrits de vente.

This invoice is subject to Quebecor World's standard conditions of sale or to the terms and conditions contained in a written agreement, agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 1.5% per month, or as indicated in a written agreement between the parties. This statement does not supercede any written contractual terms of sale.

US FUNDS: PLEASE REMIT TO: Quebecor World Inc. P.O. Box 3816, Commerce Court Postal Station, Toronto, On M5L 1K1
CANDIAN FUNDS/FONDS CANADIENS: PLEASE REMIT TO/S.V.P. FAIRE VOTRE PAIEMENT A: Quebecor World Inc. P.O. Box 3816, Commerce Court Postal Station, Toronto, On M5L 1K1

Quebecor World

QUEBECOR WORLD ST-JEAN

INVOICE DETAILS

| NOM LÉGAL DU CLIENT | JORMIC MEDIA | INVOICE | # 34730 |
|---|---|---|---|

| DESCRIPTION | QUANTITÉ | PRIX | MONTANT |
|---|---|---|---|
| JORMIC MEDIA | | | |
| ZINK MAGAZINE MARCH | | | |
| 80 000 copies 256 pages | 80 000 | | 102 175,00 $ |
| Interior in process on Quebecor Gloss 45Lb | | | |
| Perfect binding & trimmed to 8 3/8" X 10 7/8" | | | |
| | | | |
| 80 000 COVERS 4 PAGES | 80 000 | | 12 000,00 $ |
| U.V COATING 1 SIDE, EMBOSSING 1 LEVEL ON COVER 1 | | | |
| | | | |
| 80 000 Inserts 2 pages with vertical perforation 6 1/4" X 4" | 75 000 | | 3 866,00 $ |
| ADD COPIES | 5 000 | 17,78$/M | 88,90 $ |
| Bind-in of one insert in the magazine | 80 000 | 6,00$/M | 480,00 $ |
| Trimmed 4 faces to 4" X 6 1/4" | | | |
| | | | |
| 80 000 Inserts 2 pages 8 3/8" X 10 7/8" | 80 000 | | 3 011,00 $ |
| Tipping on section #1 | 80 000 | 45$/M | 3 600,00 $ |
| Bind-in of one insert in the magazine | 80 000 | 6,00$/M | 480,00 $ |
| | | | |
| Pre press | | | |
| Author's Alterations (6,7,27,40, 51 to 55,83,133,152,153,156,157,226,227,254,255) | 2 | 60$/hres | 120,00 $ |
| Ripping | 25 | 7,00 | 175,00 $ |
| New blueline for approuval | 19 | 6,00 | 114,00 $ |
| PDF Screen | 26 | 2,00 | 52,00 $ |
| Redo the imposition 304pgs to 256 pgs | 1 | | 500,00 $ |
| 48 plates & 19 rips & 19 PDF Screen & 12 new blueline for approuval | 1 | | 1 250,00 $ |
| | | | |
| Transport | | | |
| 2 COPIES AT NY (SHERIFF COPIES) BY FEDEX PRIORITY | 2 COPIES | | 100,00 $ |
| COPIES AT NY (SHERIFF COPIES) BY FEDEX OVERNIGHT | 88 COPIES | | 135,00 $ |
| OFFICE COPIES FOR SHERIFF J. ISHAK BY FEDEX 2 DAYS | 175 COPIES | | 250,00 $ |
| FEDEX OVERNIGHT AT NY FOR GABRIELLE SARMIENTO | 25 COPIES | | 83,39 $ |
| COPIES FOR JONCAS (MAILING) | 3 000 COPIES | | - $ |
| COPIES FOR (MGM MIRAGE) FEDEX OVERNIGHT | 350 COPIES | | 550,00 $ |
| COPIES FOR GES EXPOSITION SERVICES (LAS VEGAS) | 10 000 COPIES | | 2 000,00 $ |
| COPIES FOR CLIFF FORD (58 BOXES) | 2 030 COPIES | | 75,00 $ |
| Packaging | | | |
| DISTRIBUTION WITH LOGISTICS FOR 42 745 COPIES (53 089LBS) | 53 089 | 8,50$/CTW | 4 512,57 $ |
| FUEL SURCHARGE | 10,50% | | 473,82 $ |
| BUNDLE OF 10 COPIES (PRICE FOR BUNDLE OF 25 COPIES) | 47 245 | .65$/bundle | 1 228,37 $ |
| BOXES OF 35 COPIES FOR COPIES | 951 | .90$/BOX | 855,90 $ |

| Livraison | Province / État | # de Copies |
|---|---|---|
| Canada | ONTARIO | 6 550 |
| Canada | MANITOBA | 225 |
| Canada | COLOMBIE-BRITANIQUE | 400 |
| Canada | ALBERTA | 550 |
| Canada | QUEBEC | 2 030 |
| Etats-Unis | | 70 245 |

TOTAL 138 275,85






Quebecor World
ST-JEAN

Une division Quebecor World Inc.
800, Boul. industriel, bureau 100, Saint-Jean-sur-Richelieu, (Québec) J3B 8G4
Tél.: (514) 856-7848 - Fax: (450) 348-5700

COMPTABILITÉ

FACTURE - *INVOICE*

VENDU À / *SOLD TO:*

JORMIC MEDIA GROUP INC.
ATTN: ACCOUNTS PAYABLES
304 PARK AVENUE S
NEW YORK, NY
10010

4033

NO. FACTURE / *INVOICE NO.* 035121

NO. DU CLIENT / *CUSTOMER'S NO.* 05326

COMMANDE NO. / *YOUR ORDER NO.*

| # DE TRAVAIL / *JOB #* | DATE D'EXPEDITION / *SHIPPING DATE* |
|---|---|
| 070483 | 03/09/05 |

| DATE / *DATE* | T.P.S. / *G.S.T.* | LIC. PROV. / *PROV. LIC.* | TERMES / *TERMS* | VENDEUR / *SALESMAN* |
|---|---|---|---|---|
| 03/15/05 | R 122546500 | 1009539413 | NET 60 DAYS. | 012 |

| | | |
|---|---|---|
| | ZINK MAGAZINE # 11 APRIL | |
| 65,000 | COPIES 272 PAGES + 4 PAGES COVER | 112,388.19 |
| | SEE DETAILED INVOICE ATTACHED | |
| | DELIVERIES: | |
| | QUEBEC : | |
| | ONTARIO : 6 550 | |
| | OTHER (AB): 550 | |
| | OTHER (BC): 400 | |
| | OTHER (MB): 225 | |
| | OTHER (NL): | |
| | USA :57 275 | |
| | | ---------------- |
| | TOTAL | 112,388.19 |
| | TPS (7%) | 934.98 |
| | TPV (BC-MB) | 75.65 |
| | TOTAL | US $ 113,398.82 |
| | | ============== |

F-30-1 1.1 (18-10-04)

Cette facture est assujettie aux conditions de vente habituelles de Quebecor World ou autres termes et conditions contenus dans un contrat écrit exécuté par les deux parties. Tout solde demeurant impayé à échéance portera intérêt à un taux n'excédant pas 1.5% par mois, tel qu'indiqué dans le contrat écrit entre les parties. La présente déclaration n'aura pas préséance sur des termes contractuels écrits de vente.

This invoice is subject to Quebecor World's standard conditions of sale or to the terms and conditions contained in a written agreement, agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 1.5% per month, or as indicated in a written agreement between the parties. This statement does not supercede any written contractual terms of sale.

US FUNDS: PLEASE REMIT TO: Quebecor World Inc. P.O. Box 3816, Commerce Court Postal Station, Toronto, On M5L 1K1
CANDIAN FUNDS/FONDS CANADIENS: PLEASE REMIT TO/S.V.P. FAIRE VOTRE PAIEMENT A: Quebecor World Inc. P.O. Box 3816, Commerce Court Postal Station, Toronto, On M5L 1K1

Quebecor World

QUEBECOR WORLD ST-JEAN

INVOICE DETAILS

| NOM LÉGAL DU CLIENT | JORMIC MEDIA | INVOICE | # 35121 |
|---|---|---|---|

| DESCRIPTION | QUANTITÉ | PRIX | MONTANT |
|---|---|---|---|
| JORMIC MEDIA | | | |
| ZINK MAGAZINE # 11 APRIL | | | |
| 65 000 copies 272 pages & 4 cover pages | 60 000 | | 91 270,00 $ |
| Cover 4 pages in process and PMS 1795 & UV coating on Aero Gloss 9pts | 5 000 | 1119,80$M | 5 599,00 $ |
| Interior in process on Quebecor Gloss 45Lb | | | |
| Perfect binding & trimmed to 8 3/8" X 10 7/8" | | | |
| | | | |
| 130 000 inserts 2 pages with vertical perforation (65m subs, 65m recipe) | 75 000 | | 3 966,00 $ |
| add copies | 55 000 | 17,78$/M | 977,90 $ |
| Bind-in of two inserts in the magazine | 130 000 | 6,00$/M | 780,00 $ |
| Trimmed 4 faces to 4" X 6 1/4" | | | |
| | | | |
| ADD PMS ON COVER ONLY. PMS 1795 | 65 000 | 4,05$/M | 263,25 $ |
| | | | |
| Pre press | | | |
| Author's Alterations (4,6,99,105,124,224,230,242,249) | 15 MIN | 60$/hres | 15,00 $ |
| Ripping | 9 | 7,00 $ | 63,00 $ |
| New blueline for approuval | 9 | 6,00 $ | 54,00 $ |
| PDF Screen | 9 | 2,00 $ | 18,00 $ |
| PICTRO PROOFS | 88 | 15,00 $ | 1 320,00 $ |
| | | | |
| Transport | | | |
| COPIES AT NY (SHERIFF COPIES) BY CCX | 1520 COPIES | | 506,00 $ |
| FEDEX OVERNIGHT AT NY FOR GABRIELLE SARMIENTO | 25 COPIES | | 83,39 $ |
| COPIES SATURDAY DELIVERY FOR SHERIFF J. ISHAK | 10 COPIES | | 145,00 $ |
| COPIES FOR MONIQUE LEONARD | 10 COPIES | | 42,00 $ |
| COPIES FOR JONCAS (MAILING) | 3 000 COPIES | | - $ |
| | | | |
| Packaging | | | |
| DISTRIBUTION WITH LOGISTICS FOR 42 870 COPIES (55 019LBS) | 55 019 | 8,50$/CTW | 4 676,62 $ |
| FUEL SURCHARGE (14,5%) | | | 678,11 $ |
| BUNDLE OF 10 COPIES (PRICE FOR BUNDLE OF 25 COPIES) | 42 870 | .65$/bundle | 1 114,62 $ |
| BOXES OF 20 COPIES FOR 18 130 COPIES | 907 BOXES | .90$/BOX | 816,30 $ |

| Livraison | Province / État | # de Copies |
|---|---|---|
| Canada | ONTARIO | 6 550 |
| Canada | MANITOBA | 225 |
| Canada | COLOMBIE-BRITANIQUE | 400 |
| Canada | ALBERTA | 550 |
| Etats-Unis | | 57 275 |

TOTAL 112 388,19

COMPTABILITÉ






Quebecor World
ST-JEAN

Une division Quebecor World inc.
800, Boul. Industriel, bureau 100, Saint-Jean-sur-Richelieu, (Québec) J3B 8G4
Tél.: (514) 856-7848 - Fax: (450) 348-5700

FACTURE - *INVOICE*

VENDU À / *SOLD TO:*

JORMIC MEDIA GROUP INC.
ATTN: ACCOUNTS PAYABLES
304 PARK AVENUE S
NEW YORK, NY
10010

4033

| NO. FACTURE / INVOICE NO. | 035492 |
| --- | --- |
| NO. DU CLIENT / CUSTOMER'S NO. | 05326 |
| COMMANDE NO. / YOUR ORDER NO. | |

| # DE TRAVAIL / JOB # | DATE D'EXPÉDITION / SHIPPING DATE |
| --- | --- |
| 070580 | 04/11/05 |

| DATE / DATE | T.P.S. / G.S.T. | NO. PROV. / PROV. LIC. | TERMES / TERMS | VENDEUR / SALESMAN |
| --- | --- | --- | --- | --- |
| 04/26/05 | R 122546500 | 1009539413 | NET 60 DAYS, | 012 |

| | | |
| --- | --- | --- |
| | ZINK MAGAZINE # 12 MAY 2005 | |
| 60,000 | COPIES 272 PAGES + COVER<br>4 PAGES | 111,759.15 |
| | SEE DETAILED INVOICE ATTACHED | |
| | DELIVERIES:<br>QUEBEC :<br>ONTARIO : 6 400<br>OTHER (AB): 550<br>OTHER (BC): 400<br>OTHER (NS):<br>OTHER (MB): 225<br>USA :52 425 | |
| | TOTAL | 111,759.15 |
| | TPS (7%) | 987.67 |
| | TPV (BC-MB) | 81.49 |
| | TOTAL. | US $ 112,828.31 |

F-30-1 1.1 (18-10-04)

Cette facture est assujettie aux conditions de vente habituelles de Quebecor World ou autres termes et conditions contenus dans un contrat écrit exécuté par les deux parties. Tout solde demeurant impayé à échéance portera intérêt à un taux n'excédant pas 1,5% par mois, ou tel qu'indiqué dans le contrat écrit entre les parties. La présente déclaration n'aura pas préséance sur des termes contractuels écrits de vente.

This invoice is subject to Quebecor World's standard conditions of sale or to the terms and conditions contained in a written agreement, agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 1.5% per month, or as indicated in a written agreement between the parties. This statement does not supercede any written contractual terms of sale.

US FUNDS: PLEASE REMIT TO: Quebecor World Inc. P.O. Box 3816, Commerce Court Postal Station, Toronto, On M5L 1K1
CANDIAN FUNDS/FONDS CANADIENS: PLEASE REMIT TO/S.V.P. FAIRE VOTRE PAIEMENT À: Quebecor World Inc. P.O. Box 3816, Commerce Court Postal Station, Toronto, On M5L 1K1

Quebecor World

QUEBECOR WORLD ST-JEAN

INVOICE DETAILS

| NOM LÉGAL DU CLIENT | JORMIC MEDIA | INVOICE | # 35492 |
|---|---|---|---|

| DESCRIPTION | QUANTITÉ | PRIX | MONTANT |
|---|---|---|---|
| JORMIC MEDIA | | | |
| ZINK MAGAZINE # 12 MAY | | | |
| 60 000 copies 272 pages & 4 cover pages | 60 000 | | 97 493,00 $ |
| Cover 4 pages in process and PMS 716 & UV coating on Aero Gloss 9pts | | | |
| Interior in process on Galery Fine Text 43,9Lbs | | | |
| Perfect binding & trimmed to 8 3/8" X 10 7/8" | | | |
| ADD PMS ON COVER ONLY | 60 000 | 4,05$/M | 243,00 $ |
| | | | |
| 60 000 inserts 2 pages with vertical perforation | 60 000 | | 3 700,00 $ |
| Bind-in of two inserts in the magazine | 60 000 | 6,00$/M | 360,00 $ |
| Trimmed 4 faces to 4" X 6 1/4" | | | |
| | | | |
| | | | |
| Pre press | | | |
| Author's Alterations () | 15 MIN | 60$/hres | 15,00 $ |
| Ripping | 9 | 7,00 $ | 63,00 $ |
| New blueline for approuval | 9 | 6,00 $ | 54,00 $ |
| PDF Screen | 9 | 2,00 $ | 18,00 $ |
| PICTRO PROOFS | 118 | 15,00 $ | 1 770,00 $ |
| | | | |
| Transport | | | |
| COPIES AT NY (SHERIFF COPIES) BY CCX | 1100 COPIES | | 506,00 $ |
| FEDEX OVERNIGHT AT NY FOR GABRIELLE SARMIENTO | 25 COPIES | | 63,39 $ |
| 500 COPIES FOR MONTRÉAL | 500 COPIES | | 75,00 $ |
| COPIES FOR JONCAS (MAILING) | 3 000 COPIES | | - $ |
| COPIES (APRIL ISSUE) FOR ATLANTA | 1500 COPIES | | 450,00 $ |
| | | | |
| | | | |
| Packaging | | | |
| DISTRIBUTION WITH LOGISTICS FOR 42 510 COPIES (53 237LBS) | 53 237 | 8,50$/CTW | 4 525,15 $ |
| FUEL SURCHARGE (16,5%) | | | 746,65 $ |
| BUNDLE OF 10 COPIES (PRICE FOR BUNDLE OF 25 COPIES) | 42 510 | .65$/bundle | 1 105,26 $ |
| BOXES OF 20 COPIES FOR 13 490 COPIES | 613 BOXES | .90$/BOX | 551,70 $ |

| Livraison | Province / État | # de Copies |
|---|---|---|
| Canada | ONTARIO | 6 400 |
| Canada | MANITOBA | 225 |
| Canada | COLOMBIE-BRITANIQUE | 400 |
| Canada | ALBERTA | 650 |
| Etats-Unis | | 52 425 |

TOTAL 111 759,15



Quebecor World

## FACTURE / INVOICE

Quebecor World Montréal / Magog
Via CANADA POST REMIT TO: Quebecor World Inc.
P.O Box 3816 Commerce Court Postal Station. Toronto, ON. M5L 1K1

VENDU À/SOLD TO

JORMIC MEDIA GROUP INC.
ATT.: COMPTES À PAYER
304 PARK AVENUE S
NEW YORK
10010, USA

No. FACTURE - INVOICE No. 4030-501565

No. DU CLIENT - CUSTOMER 00385

COMMANDE No. - YOUR ORDER No.

CONF# SOUM-QUOTE REF# 06900

Via COURIER REMIT TO: Intria Items Inc.
155 Britannia Road East Marshalling Ares (N/W Corner) Mississauga, ON. L4Z 4B7
Att.: Wholesale Lockbox - Lockbox 3816 Quebecor World Inc.

ZINK MAGAZINE - June/July 2005

| Date | LIC. FED. LIC. | LIC. PROV. LIC. | TERMES - TERMS | VOLUME | No. | VENDEUR - SALESMAN |
|---|---|---|---|---|---|---|
| 3 JUN 2005 | 122546500 RT | 1009539413 | | | | 012 |

ZINK MAGAZINE - June/July 2005

252 pages + 4 page cover, perfect bound
Cover: Litho 4/4 + PMS 674 & 6405 & GLOSS UV
one side on Aero Gloss 9 Pts C2S
Interior: 4/4 on Galerie Fine text 43.9 lbs
Perfect binding & trimmed to 8 3/8 X 10 7/8
INSERT: 4 X 6.25, 4/4 on 75 lbs Hibulk
Distribution: according to instructions

| Qty | Description | Rate | Amount |
|---|---|---|---|
| | PRINTING | | |
| 55 000 | Magazine | 1 508.33 M | 82 958.15 |
| 55 000 | PMS 1 (674-C) | 4.05 M | 222.75 |
| 55 000 | PMS 2 (7405-C) | 4.05 M | 222.75 |
| 55 000 | Insert - Recipe | 66.76 M | 3 671.80 |
| 55 000 | Insert - Subscription | 66.76 M | 3 671.80 |
| | BIND IN of inserts into the magazine | | |
| 55 000 | Recipe | 6.00 M | 330.00 |
| 55 000 | Subscription | 6.00 M | 330.00 |
| | PRE PRESS | | 0.00 |
| 2 | Author's Alteration | 60.00 U | 132.00 |
| 8 | Ripping (pgs 23,24,42,43,213,215,229,232) | 7.00 U | 56.00 |
| 8 | New bleuline for approval (8 pages) | 6.00 U | 48.00 |
| 8 | PDF Screen | 2.00 U | 16.00 |
| 104 | Pictro Proofs (104-207) | 15.00 U | 1 560.00 |
| | TRANSPORT | | 0.00 |
| 1 | Copies to NY (Sheriff copies) | | 400.25 |
| 1 | Fedex Overnight to NY to Sheriff | | 82.50 |
| 1 | 500 copies for Montreal | | 75.00 |
| | Copies for Joncas (Mailing) | | 0.00 |

This invoice is subject to Quebecor World's standard conditions of sale or to the terme and conditions contained agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exeed 1.5% or as indicatedd in a written agreement between the parties. This statement does not supercede any written contraterms of sale.

ORIGINAL



Quebecor World

Quebecor World Montréal / Magog
Via CANADA POST REMIT TO: Quebecor World Inc.
P.O Box 3816 Commerce Court Postal Station. Toronto, ON. M5L 1K1

# FACTURE / INVOICE

No. FACTURE - INVOICE No. 4030-501565

No. DU CLIENT - CUSTOMER 00385

COMMANDE No. - YOUR ORDER No.

| CONF# | SOUM-QUOTE | REF# |
|---|---|---|
| | | 06900 |

VENDU À/SOLD TO

JORMIC MEDIA GROUP INC.

ATT.: COMPTES À PAYER
304 PARK AVENUE S
NEW YORK
10010, USA

Via COURIER REMIT TO: Intria Items Inc.
155 Britannia Road East Marshalling Ares (N/W Corner) Mississauga, ON. L4Z 4B7
Att.: Wholesale Lockbox - Lockbox 3816 Quebecor World Inc.

ZINK MAGAZINE - June/July 2005

| Date | LIC. FED. LIC. | LIC. PROV. LIC. | TERMES - TERMS | VOLUME | No. | VENDEUR - SALESMAN |
|---|---|---|---|---|---|---|
| 3 JUN 2005 | 122546500 RT | 1009539413 | | | | 012 |

| | | | |
|---|---|---|---|
| | PACKAGING | | 0.00 |
| | Distribution with Logistics for 40,805 copies | | 3 986.93 |
| 1 | 46,905 Ibs X 8.50/cwt= 3,986.93 | | 0.00 |
| | Fuel surcharge 16.5% | | 657.84 |
| 1 | 3,986.93 X 16.5 % = 657.84 | | |
| 1 632 | Bundle of 10 copies (price for bundle of 25) | 0.65 U | 1 060.80 |
| 675 | Boxes of 20 for 13,490 copies | 0.90 U | 607.50 |

SOUS-TOTAL - SUBTOTAL 100 090.07

TOTAL (US) 100 090.07

This invoice is subject to Quebecor World's standard conditions of sale or to the terme and conditions contained agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exeed 1.5% or as indicatedd in a written agreement between the parties. This statement does not supercede any written contraterms of sale.

ORIGINAL



Quebecor World

**FACTURE / INVOICE**

Quebecor World Montréal / Magog
Via CANADA POST REMIT TO: Quebecor World Inc.
P.O Box 3816 Commerce Court Postal Station. Toronto, ON. M5L 1K1

No. FACTURE - INVOICE No. 4030-502346

No. DU CLIENT - CUSTOMER 00385

COMMANDE No. - YOUR ORDER No.

CONF# SOUM-QUOTE REF# 07136

VENDU À/SOLD TO

JORMIC MEDIA GROUP INC.
ATT.: COMPTES À PAYER
304 PARK AVENUE S
NEW YORK
10010, USA

Via COURIER REMIT TO: Intria Items Inc.
155 Britannia Road East Marshalling Ares (N/W Corner) Mississauga, ON. L4Z 4B7
Att.: Wholesale Lockbox - Lockbox 3816 Quebecor World Inc.

ZINK MAGAZINE - September 2005

| Date | LIC. FED. LIC. | LIC. PROV. LIC. | TERMES - TERMS | VOLUME | No. | VENDEUR - SALESMAN |
|---|---|---|---|---|---|---|
| 16 AUG 2005 | 122546500 RT | 1009539413 | | | | 012 |

ZINK MAGAZINE - September 2005

| | | | |
|---|---|---|---|
| | 288 pages + 4 page cover, perfect bound | | |
| | Cover: Litho 4/4 & GLOSS UV | | |
| | one side on Aero Gloss 9 Pts C2S | | |
| | Interior: 4/4 on Galerie Fine text 43.9 lbs | | |
| | Perfect binding & trimmed to 8 3/8 X 10 7/8 | | |
| | INSERT: 4 X 6.25, 4/4 on 75 lbs Hibulk | | |
| | Distribution: according to instructions | | |
| | PRINTING | | |
| 50 000 | Magazine | 1 798.79 M | 89 939.50 |
| 3 530 | Additonnal copies | 1 249.19 M | 4 409.64 |
| 53 530 | Insert - Subscription | 66.76 M | 3 573.66 |
| | BIND IN of inserts into the magazine | | |
| 53 530 | Subscription | 6.00 M | 321.18 |
| | PRE PRESS | | 0.00 |
| 5 | Author's Alteration | 60.00 U | 306.00 |
| | Ripping (2005/07/26) Pages: C-2, Spine, 1, 7, | | 0.00 |
| 0 | 69, 109, 149, 161, 173, 272, 286, 287, 2005/ | 0.00 U | 0.00 |
| 18 | 07/27 C-4, 40, 2005/07/28 - 35, 37, 41 & 149 | 7.00 U | 126.00 |
| 18 | New bleuline for approval (11 pages) | 6.00 U | 108.00 |
| 18 | PDF Screen | 2.00 U | 36.00 |
| 1 | New page 41 (Already on press, time + Plates) | 992.00 U | 992.00 |
| 139 | Pictro Proofs ( C-1 + Pages 126 - 263) | 15.00 U | 2 085.00 |
| | TRANSPORT | | 0.00 |
| 1 | Copies to NY (Sheriff copies) | | 1 975.00 |
| 1 | Fedex Overnight to NY to Sheriff | | 236.16 |
| 1 | 500 copies for Montreal | | 75.00 |
| 1 | 1,000 copies Montreal - Cancer Society | | 75.00 |

This invoice is subject to Quebecor World's standard conditions of sale or to the terme and conditions contained agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exeed 1.5% or as indicatedd in a written agreement between the parties. This statement does not supercede any written contraterms of sale.

ORIGINAL



Quebecor World

FACTURE / INVOICE

Quebecor World Montréal / Magog
Via CANADA POST REMIT TO: Quebecor World Inc.
P.O Box 3816 Commerce Court Postal Station. Toronto, ON. M5L 1K1

| | |
|---|---|
| No. FACTURE - INVOICE No. | 4030-502346 |
| No. DU CLIENT - CUSTOMER | 00385 |
| COMMANDE No. - YOUR ORDER No. | |

| CONF# | SOUM-QUOTE | REF# |
|---|---|---|
| | | 07136 |

VENDU À/SOLD TO

JORMIC MEDIA GROUP INC.
ATT.: COMPTES À PAYER
304 PARK AVENUE S
NEW YORK
10010, USA

Via COURIER REMIT TO: Intria Items Inc.
155 Britannia Road East Marshalling Ares (N/W Corner) Mississauga, ON. L4Z 4B7
Att.: Wholesale Lockbox - Lockbox 3816 Quebecor World Inc.

ZINK MAGAZINE - September 2005

| Date | LIC. FED. LIC. | LIC. PROV. LIC. | TERMES - TERMS | VOLUME | No. | VENDEUR - SALESMAN |
|---|---|---|---|---|---|---|
| 16 AUG 2005 | 122546500 RT | 1009539413 | | | | 012 |

| | | | |
|---|---|---|---|
| | Copies for Joncas (Mailing) | | 75.00 |
| | PACKAGING | | 0.00 |
| | Distribution with Logistics for 38,241 copies | | 4 463.35 |
| 1 | 52,510 lbs X 8.50/cwt= 4,463.35 | | 0.00 |
| | Fuel surcharge 18.5% | | 825.72 |
| 1 | 4,463.35 X 18.5 % = 825.72 | | |
| 2 120 | Bundle of 10 copies (price for bundle of 25) | 0.65 U | 1 378.00 |
| 765 | Boxes of 20 for 15,289 copies | 0.90 U | 688.50 |
| | SOUS-TOTAL - SUBTOTAL | | 111 688.71 |
| | TOTAL (US) | | 111 688.71 |

This invoice is subject to Quebecor World's standard conditions of sale or to the terme and conditions contained agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exeed 1.5% or as indicatedd in a written agreement between the parties. This statement does not supercede any written contraterms of sale.

ORIGINAL