# United States District Court

__Southern__ DISTRICT OF __New York__

QUEBECOR WORLD INC.
612 Saint-Jacques Street
Montreal, Quebec  H3C 4M8
CANADA

V.

ADAM KRIFTCHER
3025 Timothy Road
Bellmore, New York  11710-5225

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CV 3872**

TO: (Name and address of defendant)

ADAM KRIFTCHER
3025 Timothy Road
Bellmore, New York  11710-5225

JUDGE KAPLAN

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAECKLE FLEISCHMANN & MUGEL, LLP
Joseph W. Allen, Esq., of counsel
12 Fountain Plaza
Buffalo, New York  14202-2292

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 1 7 2007

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE 7/21/07  6:30 PM |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Barry Wolf | TITLE |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served: 37 Somerset B Apt. B
West Palm Beach, Fl. 33417

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-23-07
Date

Signature of Server

OFFICIAL NOTARY SEAL
Radamel Dominich
COMMISSION N° DD693920
EXPIRES JULY 15, 2011

Address of Server  19 W Flagler St #808
Miami, Fl. 33130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 07- CV 3872

Plaintiff:
**QUEBECOR WORLD, INC.,**

vs.

Defendant:
**ADAM KRIFTCHER.,**

For:
Joseph W. Allen, Esq.
JAECKLE FLEISCHMANN & MUGEL, LLP.
12 Fountain Plaza
Buffalo, NY  14202

Received by FLORIDA PROCESS SERVICE, INC. on the **26th day of June, 2007** at **9:40 am** to be served on **ADAM KRIFTCHER, 37 SOMERSET B APT. B WEST PALM BEACH, FL. 33417**.

I, Barry Wolf, do hereby affirm that on the **21st day of July, 2007** at **6:30 pm, I:**

**INDIVIDUALLY SERVED** the within named person with a true copy of this **SUMMONS IN A CIVIL CASE & AMENDED COMPLAINT, JUDGES' RULE** with the date and hour endorsed thereon by me, pursuant to F.S. 48.031(1).

**Military Status:** DEFENDANT IS NOT IN THE MILITARY SEVICE

**Description** of Person Served:  Age: 45+,  Sex: M,  Race/Skin Color: White,  Height: 5'7,  Weight: 175,  Hair: Balding,  Glasses: /

I certify that I am a certified process server in the circuit in which the process was served and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true.

Barry Wolf
P.B. # 826

FLORIDA PROCESS SERVICE, INC.
P.O. Box 013366
Miami, FL  33101-3366
(305) 371-9900

Our Job Serial Number: 2007003997

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j