UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUEBECOR WORLD INC.,

          **Plaintiff,**

- vs -

ADAM KRIFTCHER,

          **Defendant.**

**REQUEST FOR**
**CERTIFICATE OF DEFAULT**

**Civil Action No. 07-CV-3872(LAK/JCF)**

---

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

    Plaintiff Quebecor World Inc. ("Plaintiff") requests that the Clerk of this Court enter and certify the default of Adam Kriftcher, the defendant in the above-captioned matter ("Defendant"), for failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1.

    This request is based on the attached Declaration of Joseph W. Allen, Esq., which shows as follows:

    1.    Defendant was personally served with the Summons and Amended Complaint on July 21, 2007.

    2.    The executed Summons and affidavit of service filed with this Court on August 16, 2007 establish that service was proper pursuant to Rule 4 of the Federal Rules of Civil Procedure.  A file-stamped copy of the executed Summons and affidavit of service (Docket Item No. 5) are attached to the accompanying Declaration of Joseph W. Allen, Esq., as **Exhibit "1"**.

3.    Defendant Kriftcher has failed to plead or otherwise respond to the Summons and Amended Complaint.

4.    The applicable time limit for responding has expired.

5.    Defendant Kriftcher is neither an infant nor incompetent person, nor is he engaged in military service.

Dated: Buffalo, New York
       August 21, 2007

**JAECKLE FLEISCHMANN & MUGEL, LLP**

By:    /s/Joseph W. Allen
       Joseph W. Allen, Esq.
*Attorneys for Plaintiff Quebecor World Inc.*
12 Fountain Plaza
Buffalo, New York 14202
(716) 856-0600

840794