**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**QUEBECOR WORLD INC.,**

                  **Plaintiff,**

   - vs -

**ADAM KRIFTCHER,**

                  **Defendant.**

---

<u>**CERTIFICATE OF SERVICE**</u>

**Civil Action No. 07-CV-3872(LAK/JCF)**

     I, DENNIS K. SCHAEFFER, ESQ., hereby certify that I caused copies of the accompanying Request for Certificate of Default and Attorney Declaration in Support of Request for Certificate of Default to be served upon the following on the 22nd day of August, 2007, by causing the same to be delivered as follows:

<u>**Via U.S. Mail**</u>

Adam Kriftcher
37 Somerset B, Apartment B
West Palm Beach, FL  33417

                                    /s/ Dennis K. Schaeffer
                                    DENNIS K. SCHAEFFER, ESQ.

841121