UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUEBECOR WORLD INC.,

          Plaintiff,

- vs -

ADAM KRIFTCHER,

          Defendant.

Civil Action No. 07-CV-3872(LAK/JCF)

**DEFAULT JUDGMENT**

This action having been commenced on May 17, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Amended Complaint having been personally served on defendant, Adam Kriftcher, on July 21, 2007 by personal service on Adam Kriftcher, and a proof of service having been filed on August 16, 2007 and the defendant not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $581,480.90, without interest thereon, plus costs and disbursements of this action in the amount of $405.00 amounting in all to $581,885.90

Dated: ~~Buffalo~~, New York
      September 26, 2007

842658

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07

_____
U.S.D.J.

This document was entered on the docket on _____.